IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DOUGLAS EBY,
Appellant,
vs.
JOHNSTON LAW OFFICE, P.C.; BRAD
M. JOHNSTON; AND LEANN E.
SCHUMANN,
Respondents.

No. 82914

FILED

JUN 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on May 17, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. John Schlegelmilch, District Judge
      Donald Douglas Eby
      Santoro Whitmire
      Third District Court Clerk

---

[1] In light of this order, no action will be taken on appellant's motion for stay.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-16092